1  Michael F. Hardiman, State Bar# 104508
2  Wendy M. Schenk, State Bar# 177397
   Hardiman & Carroll
3  450 Sansome Street, Suite 700
   San Francisco, CA  94111
4  Tel: (415) 248-3930
   Fax: (415) 248-3933
5  E-Mail: mhardiman@sflawfirm.com
           wschenk@sflawfirm.com
6
7  Stephen V. Wickersham, State Bar# 95585
   Attorney at Law
8  7901 Stoneridge Drive, Suite 202
   Pleasanton, California  94588
9  Tel:  (925) 847-0878
   Fax: (925) 847-0978
10 E-Mail: SVWOffice@msn.com

11 Attorneys for Plaintiffs
   Christine Brennan, Sarah Hsueh, and Bothaina Rasheed
12
13 Allen Matkins Leck Gamble
   Mallory & Natsis LLP
14 Baldwin J. Lee (Bar No. 187413)
   Alexander Nestor (Bar No. 202795)
15 Three Embarcadero Center, 12th Floor
   San Francisco, CA 94111-4074
16 Phone: (415) 837-1515
   Fax: (415) 837-1516
17 E-Mail: blee@allenmatkins.com
           anestor@allenmatkins.com
18
19 Attorneys for Defendants
   Wells Fargo Bank, National Association and Ashoo Vaid

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE BRENNAN, SARAH HSUEH, and BOTHAINA RASHEED, | CASE NO. 4:12-cv-00512 LB<br>Unlimited Jurisdiction |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT (UPDATED) AND [PROPOSED] ORDER** |
| vs. | |
| WELLS FARGO BANK NA, ASHOO VAID, and DOES 1 to 100, inclusive, | DATE:   October 24, 2012<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom C, 15th Floor |
| Defendants. | JUDGE:  Hon. Laurel Beeler |

1

JOINT CASE MANAGEMENT STATEMENT (UPDATED)

M:\S2400\S2400.208\pl003 joint cmc 101812.doc

Plaintiffs Christine Brennan, Sarah Hsueh, and Bothaina Rasheed (collectively "Plaintiffs") and Defendants Wells Fargo Bank, National Association, and Ashoo Vaid (collectively "Defendants"), by and through their undersigned counsel of record, submit this updated Joint Case Management Statement in connection with the Case Management Conference set for October 24, 2012, at 10:00 a.m.

## I. REQUEST TO REVISE SCHEDULING ORDER

Pursuant to the Court's June 26, 2012 Pretrial Order, the parties are required to complete ADR by October 25, 2012. The parties have agreed to mediation with Jeffrey Ross, but were not able to schedule a mediation date with Mr. Ross until February 6, 2013 due to his unavailability before that date and the need to complete certain discovery before the mediation. The non-expert discovery completion date currently is February 1, 2013. To enhance the opportunity for resolving this action at mediation, the parties would like to participate in mediation before the close of non-expert discovery, allowing the parties the opportunity to complete non-expert discovery after the mediation in the event mediation is not successful.

The parties respectfully request that the Court modify the schedule and the following pretrial dates, as follows:

1) Schedule a Case Management Conference for 2/14/2013 or a date more convenient for the Court. In the event the action is resolved at mediation on February 6, 2013, the parties shall advise the Court immediately and the Case Management Conference shall be vacated.

2) Extend the ADR completion date from 10/25/2012 to 2/8/2013

3) Extend the non-expert discovery completion date from 2/1/2013 to 3/31/2013

4) Extend the last hearing date for dispositive motions from 4/18/2013 to 5/31/2013

5) Extend the expert disclosures from 4/18/2013 to 5/2/2013

6) Extend the rebuttal expert disclosures from 5/3/2013 to 5/17/2013; and

/ / /
/ / /
/ / /

7) Extend the expert discovery completion date from 6/3/2013 to 6/17/2013.

DATED: 10/18/2012

HARDIMAN & CARROLL

By _____
MICHAEL F. HARDIMAN
WENDY M. SCHENK
Attorneys for Plaintiffs
CHRISTINE BRENNAN, SARAH HSUEH,
and BOTHAINA RASHEED

DATED: 10/18/12

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By _____
BALDWIN J. LEE
ALEXANDER NESTOR
Attorneys for Defendants
WELLS FARGO BANK, NATIONAL
ASSOCIATION and ASHOO VAID

3

JOINT CASE MANAGEMENT STATEMENT (UPDATED)

M:\S2400\S2400.208\pl003 joint cmc 101812.doc

[PROPOSED] ORDER

Pursuant to the request of the parties, and Good Cause appearing therefore, the Court hereby orders that the following pretrial dates are scheduled and/or continued as follows:

1) A Case Management Conference is scheduled for 2/14/2013 at 10:30 a.m. In the event this action is resolved at mediation on February 6, 2013, the parties shall advise the Court immediately and the Case Management Conference shall be vacated;

2) The ADR completion date is changed from 10/25/2012 to 2/7/2013;

3) The non-expert discovery completion date is changed from 2/1/2013 to 3/31/2013;

4) The last hearing date for dispositive motions is changed from 4/18/2013 to 5/31/2013;

5) Expert disclosures are changed from 4/18/2013 to 5/12/2013;

6) Rebuttal expert disclosures are changed from 5/3/2013 to 5/17/2013; and

7) The expert discovery completion date is changed from 6/3/2013 to 6/17/2013.

**IT IS SO ORDERED.**
The Case Management Conference set for 10/24/2012 at 10:00 a.m. is VACATED. A Joint Updated Case Management Conference Statement due 2/7/2013.

DATED: October 22, 2012       By _____
                              HON. LAUREL BEELER
                              UNITED STATES MAGISTRATE JUDGE