HARDIMAN & CARROLL
MICHAEL F. HARDIMAN (SBN 104508)
WENDY M. SCHENK (SBN 177397)
180 Grand Ave., Suite 420
Oakland, CA  94612
Phone:  (510) 208-1995

LAW OFFICES OF STEPHEN V. WICKERSHAM
STEPHEN V. WICKERSHAM (SBN 95585)
7901 Stoneridge Drive, Suite 202
Pleasanton, CA  94588
Phone: (925) 847-0878
Fax:  (925) 847-0978

Attorneys for Plaintiffs
CHRISTINE BRENNAN, SARAH HSUEH, and
BOTHAINA RASHEED

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
         anestor@allenmatkins.com

Attorneys for Defendants
WELLS FARGO BANK, NATIONAL ASSOCIATION
and ASHOO VAID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CHRISTINE BRENNAN, SARAH HSUEH, and BOTHAINA RASHEED,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK NA, ASHOO VAID, and DOES 1 to 100, inclusive,,<br><br>Defendants. | **Case No. 3:12-cv-00512**<br><br>[**PROPOSED**] ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE [FRCP 41(a)(1)] |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

876116.01/SF

Case No.  3:12-cv-00512
[PROPOSED] ORDER GRANTING PARTIES'
STIP TO DISMISS ACTION W/PREJUDICE

1  Having reviewed the parties' Stipulation To Dismiss Action With Prejudice pursuant to
2  Federal Rule of Civil Procedure 41(a)(1), filed on February 22, 2013 (Docket No. 25), and GOOD
3  CAUSE appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED and that the
4  above-captioned action, including all causes of action against all Defendants, is DISMISSED
5  WITH PREJUDICE.

Dated: February 26, 2013

HON. LAUREL BEELER
Magistrate Judge, United States District Court

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

876116.01/SF

-2-

Case No. 3:12-cv-00512
[PROPOSED] ORDER GRANTING PARTIES'
STIP TO DISMISS ACTION W/PREJUDICE